UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20741-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**ALEJANDRO HERNANDEZ**,

    Defendant.
_____/

<u>**ORDER**</u>

**THIS CAUSE** came before the Court on Magistrate Judge Barry L. Garber's Report and Recommendation [D.E. 32] entered December 30, 2008. In his Report, the Magistrate Judge recommends that the Court deny Defendant, Alejandro Hernandez's Motion to Suppress Physical Evidence and Statements [D.E. 15]. No objections to the Report have been filed. The Court has carefully reviewed Judge Garber's Report, the parties' written submissions, and the applicable law, and has conducted a *de novo* review of the record. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report is **AFFIRMED** and Defendant's Motion to Suppress [D.E. 15] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of January, 2009.

                                              _____
                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record